[No. 42394-4-II.   Division Two.   August 6, 2013.]

TICOR TITLE COMPANY, *Plaintiff*, v. SUMMIT UNISERV COUNCIL, *Respondent*, WILLIAM B. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-06920-1, Katherine M. Stolz, J., entered June 24, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42725-7-II.   Division Two.   August 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GARCIA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00160-3, Vicki L. Hogan, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 42726-5-II.   Division Two.   August 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHY ELAINE GLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00329-3, F. Mark McCauley, J., entered October 10, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and McCarthy, J. Pro Tem.

[No. 43127-1-II.   Division Two.   August 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY PAUL WHITTLES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00919-8, Sally F. Olsen, J., entered January 27, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Fearing, J.